# United States District Court

MIDDLE _____ DISTRICT OF __ALABAMA__

EASTERN Division

RECEIVED 2006 MAY [date stamp]
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Curtis Torbert

v.

Merck & Co., Inc.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06CV410-WKW

TO: (Name and address of defendant)

Merck & Company, Inc.
c/o The Corporation Company
2000 Interstate Park Dr.
Ste. 204
Montgomery, AL. 36109

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tom Dutton
Elisabeth French
Pittman, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
Birmingham, AL 35203

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    5/8/06
CLERK                               DATE

(BY) DEPUTY CLERK