**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merck & Company, Inc.
c/o The Corporation Co.
2000 Interstate Park Dr.
Ste. 204
Montgomery, Al. 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Slauson_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

5 9 4

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3:06CV 410
S & C

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7004 1160 0004 4206 8913

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540