**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

May 11, 2005

# NOTICE OF REASSIGNMENT

RE:    Curtis Torbert v. Merck & Co., Inc.
       Civil Action No. 3:06cv00410-WKW

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 3:06cv00410-MHT. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk