IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAY 23 P 2: 12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CURTIS TORBERT, an individual, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No.: 3:06-cv-00410-MHT-SRW |
| MERCK & CO., INC., a New Jersey corporation, | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant Merck & Co., Inc. certify that Merck & Co., Inc. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

DATED this the 23 day of May 2006.

Respectfully submitted,

/s/ [signature]
_____
Philip H. Butler (BUTL1716)
William C. McGowin (MCGOW6770)
George R. Parker (PARKG2248)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
       wmcgowin@bradleyarant.com
       gparker@bradleyarant.com

Attorneys for Defendant Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

>Tom Dutton
>Elisabeth French
>PITTMAN HOOKS DUTTON KIRBY & HELLUMS, P.C.
>2001 Park Place North
>1100 Park Place Tower
>Birmingham, Alabama 35203
>(205) 322-8880
>(205) 328-2711 (Fax)
>E-mail: phdkh-efiling@pittmanhooks.com

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this __23__ day of May, 2006.

_____
OF COUNSEL