# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726



May 12, 2006

VIA FEDERAL EXPRESS

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:  In re: Vioxx® Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1657

Dear Sir and Madam:

Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's 129th notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Kehoe et al., v. Merck & Co., Inc. et al.*, C.A. No. 3:06-cv-00425 (M.D. Ala.)
2. *Torbert v. Merck & Co., Inc.*, C.A. No. 3:06-cv-00410 (M.D. Ala.)
3. *Ward et al., v. Merck & Co., Inc. et al.*, C.A. No. 4:06-cv-00548 (E.D. Ark.)
4. *McKenna v. Merck & Co., Inc.*, C.A. No. 3:06-cv-00672 (D. Conn.)
5. *Hilz et al., v. Merck & Co., Inc.*, C.A. No. 8:06-cv-00857 (M.D. Fla.)
6. *Krulewitch et al., v. Merck & Co., Inc.*, C.A. No. 0:06-cv-60644 (S.D. Fla.)
7. *Prestano v. Merck & Co., Inc.*, C.A. No. 0:06-cv-60645 (S.D. Fla.)
8. *Loukopoulos v. Merck & Co., Inc.*, C.A. No. 1:06-cv-02593 (N.D. Ill.)
9. *Modzejewski v. Merck & Co., Inc.*, C.A. No. 1:06-cv-02594 (N.D. Ill.)
10. *Kupniewski et al., v. Merck & Co., Inc.*, C.A. No. 4:06-cv-12048 (E.D. Mich.)
11. *Beyers v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01698 (D. Minn.)
12. *Cifuentes v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01718 (D. Minn.)
13. *Damjanovich v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01708 (D. Minn.)
14. *Dojan v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01706 (D. Minn.)
15. *Frankiewicz v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01704 (D. Minn.)
16. *Mischke v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01700 (D. Minn.)

47, Avenue Georges Mandel    1775 I Street, N.W.    350 South Grand Avenue    201 South Biscayne Boulevard    Akasaka Tokyu Building 6F    101 Hudson Street
75116 Paris, France          Washington, D.C.       Los Angeles, California   Miami, Florida                2-14-3 Nagata-cho, Chiyoda-ku   Jersey City, New Jersey
(33) (1) 44.05.80.00         20006-2401             90071-3442                33131-4332                    Tokyo 100-0014 Japan         07302-3918
                             202-721-4600           213-613-2800              305-358-1666                  (81) (3) 3539-2771           201-536-9220

M006B12571

# Hughes Hubbard & Reed LLP

17. *Misonznick v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01705 (D. Minn.)
18. *Moore v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01699 (D. Minn.)
19. *Stoltenberg v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01707 (D. Minn.)
20. *Demendonca et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-03446 (S.D. N.Y.)
21. *McKay v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06232 (W.D. N.Y.)
22. *Lee v. Merck & Co., Inc.*, C.A. No. 1:06-cv-01134 (N.D. Ohio)
23. *Briggs v. Merck & Co., Inc.*, C.A. No. 4:06-cv-01430 (D. S.C.)
24. *Merideth et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00352 (W.D. Tex.)

There is one new case that involves claims relating to prescription drugs other than Vioxx.

1. *Banks v. Merck & Co., Inc. et al.*, C.A. No. 5:06-cv-00875 (N.D. Ala.)

There are four new cases filed in the transferee court.

1. *Ginnetti v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02356 (E.D. La.)
2. *Hayes v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02363 (E.D. La.)
3. *Robertson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02361 (E.D. La.)
4. *Serles et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02357 (E.D. La.)

Respectfully submitted,

Cecily C. Williams

CCW/eas

Enclosures

M006B12572