IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CURTIS TORBERT, )<br>)<br>  Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv410-MHT |
| ) | |
| MERCK & CO., INC., a ) | |
| New Jersey Corporation, ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion to stay (doc. no. 9) is set for submission, without oral argument, on June 5, 2006, with all briefs due by said date.

DONE, this the 25th day of May, 2006.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE