IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS TORBERT, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| MERCK & CO., INC., a New Jersey corporation; | ) | 3:06-CV-410 |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY PROCEEDINGS

COMES NOW the Plaintiff, Curtis Torbert, by and through his attorney of record and files this response to the Defendant, Merck & Co., Inc's Motion to Stay All Proceedings Pending Transfer by the Judical Panel on Multidistrict Litigation (Doc. No. 9).  Plaintiff has no opposition to the Defendant's motion.

Respectfully submitted,

/s/ Elisabeth French
Elisabeth French
Of Counsel for Plaintiff
Bar Number: ASB-3527-T81E


OF COUNSEL:

PITTMAN HOOKS DUTTON KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Elisabeth French
Counsel for Plaintiff