IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CURTIS TORBERT,            )<br>                            )<br>    Plaintiff,             )<br>                            )     CIVIL ACTION NO.<br>    v.                      )     3:06cv410-MHT<br>                            )<br>MERCK & CO., INC., a        )<br>New Jersey Corporation,     )<br>                            )<br>    Defendant.              ) | |

### ORDER

It is ORDERED that the motion to stay (doc. no. 9) is granted and that all proceedings in this case are stayed pending transfer to an MDL court.

DONE, this the 6th day of June, 2006.

                                /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE